JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L. by and through her guardian ad litem MYISSHA LOWE, and DOROTHY LOWE<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF HUNTINGTON PARK, a municipality; PAUL MUNOZ, an individual; JOSHUA VOLASGIS, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No: 2:24-cv-00180-RGK-PDx<br><br>[PROPOSED] ORDER RE PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF A.L.'S CLAIMS PURSUANT TO FRCP 41(a)<br>[23]<br><br>Action Filed: January 8, 2024<br>Trial :         TBD |

**TO ALL PARTIES AND THEIR ATTORNEYS:**

The Court, having reviewed Plaintiff's Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby dismisses all of A.L.'s claims from the action without prejudice.

**IT IS SO ORDERED**

Date: 3/6/2024

_____
Judge R. Gary Klausner
U.S. District Judge

1
[PROPOSED] ORDER

A.L. et al. V. City of Huntington Park e al.
Case No.:
2:24-cv-00180-RGK-PDx