V. James DeSimone (SBN: 119668)[1]
**Vjdesimone@gmail.com**
Carmen D. Sabater (SBN: 303546)
**Cds820@gmail.com**
Ryann E. Hall (SBN: 06080) Of-Counsel
**rhall@bohmlaw.com**
**vjd000160@bohmlaw.com**
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone:  310.693.5561
Facsimile:   323.544.6880

Attorneys for DOROTHY LOWE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY LOWE, individually and JAMES JACKSON, individually<br><br>PLAINTIFFS,<br><br>v.<br><br>PAUL MUNOZ, an individual; JOSHUA VOLASGIS, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No: 2:24-cv-00180-RGK-PD<br><br>*{Assigned to Hon. R. Gary Klausner in Dept. 850}*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 8, 2024<br>Trial: January 28, 2025 |

---

[1] Attorneys of record continued on page 2

1

Anne Della Donna (SBN:138420)
annee@delladonnalaw.com
**LAW OFFICE OF ANNEE DELLA DONNA**
301 Forest Ave
Laguna Beach, California 92651
Telephone: 949.376.5730
Facsimile: 949.497.5627

Eric Dubin (SBN: 160563)
edubin@dubinlaw.com
**DUBIN LAW FIRM**
19200 Von Karman Ave 6th Floor
Irvine, California 92612
Telephone:  949.477.8040

Attorneys for DOROTHY LOWE

Peter Goldstein (SBN 123111)
**PETER GOLDSTEIN LAW CORP**
peter@petergoldsteinlaw.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 552-2050
Facsimile: (888) 400-8799

**In Association With**
Donald R. Hartunian (SBN 164873)
**THE HARTUNIAN LAW FIRM, APC**
drh@hartunianlaw.com
2121 Avenue of The Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-0007
Facsimile: (310) 822-3232

Attorneys for Plaintiff JAMES JACKSON

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiff DOROTHY LOWE, JAMES JACKSON and PAUL MUNOZ, JOSHUA VOLASGIS, through their respective counsel of record, hereby notify this Court that this case has settled. The City of Huntington Park has approved the settlement on behalf of its employees, Defendants Officer Paul Munoz and Officer Joshua Volasgis. The Parties are currently finalizing and signing the settlement agreement. Upon full execution of the settlement agreement, which the Parties anticipate will occur by the end of next week, Defense counsel will request settlement checks be drawn. Plaintiff will file a request for dismissal within five days of receiving the settlement funds.

Accordingly, the Parties request the Court vacate the trial and all related deadlines and set a Status Conference in approximately 90 days. However, the Parties do not anticipate the Status Conference will be necessary as the request for dismissal will likely be filed in a few weeks' time.

Date: December 20, 2024

V. JAMES DESIMONE LAW
LAW OFFICE OF ANNEE DELLA DONNA
DUBIN LAW FIRM

By: _____
V. JAMES DESIMONE, ESQ.
RYANN E. HALL, ESQ.
ANNE DELLA DONNA, ESQ.
ERIC DUBIN, ESQ.

Attorneys for PLAINTIFF, DOROTHY LOWE

| | |
|---|---|
| Date: December 20, 2024 | **PETER GOLDSTEIN LAW CORP** <br> **THE HARTUNIAN LAW FIRM, APC** <br><br> By: /s/ Peter Goldstein <br> PETER GOLDSTEIN <br> DONALD R. HARTUNIAN <br> Attorneys for Plaintiff. <br> James Jackson |
| Date: December 20, 2024 | By: /s/ Michael L. Wroniak <br> ERIN DUNKERLY, ESQ. <br> MICHAEL L. WRONIAK, ESQ. <br> Attorney for DEFENDANTS, <br> PAUL MUNOZ, JOSHUA VOLASGIS |

4

**NOTICE OF SETTLEMENT**
*Lowe et al. v. Munoz et al.*
Case No.: 2:24-cv-00180-RGK-PD

V. James DeSimone Law