V. James DeSimone (SBN: 119668)[1]
Vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
Cds820@gmail.com
Ryann E. Hall (SBN: 06080) Of-Counsel
rhall@bohmlaw.com
vjd000160@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 310.693.5561
Facsimile: 323.544.6880

Attorneys for DOROTHY LOWE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY LOWE, individually and JAMES JACKSON, individually<br><br>PLAINTIFFS,<br><br>v.<br><br>PAUL MUNOZ, an individual; JOSHUA VOLASGIS, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No: 2:24-cv-00180-RGK-PD<br><br>*{Assigned to Hon. R. Gary Klausner in Dept. 850}*<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Complaint Filed: January 8, 2024<br>Trial: January 28, 2025 |

---

[1] Attorneys of record continued on page 2

Anne Della Donna (SBN: 138420)
annee@delladonnalaw.com
**LAW OFFICE OF ANNEE DELLA DONNA**
301 Forest Ave
Laguna Beach, California 92651
Telephone: 949.376.5730
Facsimile: 949.497.5627

Eric Dubin (SBN: 160563)
edubin@dubinlaw.com
**DUBIN LAW FIRM**
19200 Von Karman Ave 6th Floor
Irvine, California 92612
Telephone: 949.477.8040

Attorneys for DOROTHY LOWE


Peter Goldstein (SBN 123111)
**PETER GOLDSTEIN LAW CORP**
peter@petergoldsteinlaw.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 552-2050
Facsimile: (888) 400-8799

**In Association With**
Donald R. Hartunian (SBN 164873)
**THE HARTUNIAN LAW FIRM, APC**
drh@hartunianlaw.com
2121 Avenue of The Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-0007
Facsimile: (310) 822-3232


Attorneys for Plaintiff JAMES JACKSON

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this action, through their undersigned counsel, stipulate as follow:

1. That Defendants Officer Paul Munoz and Officer Joshua Volasgis be dismissed from the above captioned case with prejudice.
2. Each of Plaintiffs and Defendants shall bear its/his/her own costs and attorneys' fees.
3. That the case be dismissed in its entirety without prejudice.
4. That this agreement applies only to this federal action and is of no consequence to the related state law case or any other matter.

Date: April 16, 2025

**V. JAMES DESIMONE LAW**
**LAW OFFICE OF ANNEE DELLA DONNA**
**DUBIN LAW FIRM**

By: _____
V. JAMES DESIMONE, ESQ.
RYANN E. HALL, ESQ.
ANNE DELLA DONNA, ESQ.
ERIC DUBIN, ESQ.

Attorneys for PLAINTIFF, DOROTHY LOWE

Date: April 16, 2025

**PETER GOLDSTEIN LAW CORP**
**THE HARTUNIAN LAW FIRM, APC**

By: /s/ Peter Goldstein
PETER GOLDSTEIN
DONALD R. HARTUNIAN
Attorneys for Plaintiff.
James Jackson

|   |   |
|---|---|
| | **COLLINS + COLLINS LLP** |
| Date: April 16, 2025 | By: /s/ Michael L. Wroniak |
| | MICHAEL L. WRONIAK, ESQ. |
| | ERIN DUNKERLY, ESQ. |
| | ELISABETH F.R. HAZELTON, ESQ. |
| | Attorney for DEFENDANTS, PAUL MUNOZ, JOSHUA VOLASGIS |

4

**JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)**
*Lowe et al. v. Munoz et al.*                                      V. James DeSimone Law
Case No.: 2:24-cv-00180-RGK-PD